UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:17-cv-00133-FDW

| | |
|---|---|
| JOYCE M. ROYAL, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| ANDREW SAUL, *Commissioner of Social Security*, | ) |
| Defendant. | ) |

THIS MATTER is before the Court on Plaintiff's Motion for attorney's fees pursuant to 42 U.S.C. § 406(b)(1) in the amount of $4,951.63. (Doc. No. 18). Defendant does not oppose this motion.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney Fees under § 406(b), (Doc. No. 18), is GRANTED, and an award of attorney's fees in the amount $4,951.63 is hereby approved pursuant to 42 U.S.C. § 406(b). IT IS FURTHER ORDERED that upon receipt of the above fee, Plaintiff's counsel will return to the Plaintiff the sum of $4,083.33, representing the fee that counsel previously received pursuant to the EAJA, 28 U.S.C. § 2412(d). (Doc. No. 17).

IT IS SO ORDERED.

Signed: August 29, 2019

Frank D. Whitney
Chief United States District Judge